GEORGE D. YARON, ESQ. (NV State Bar #007959)
**YARON & ASSOCIATES**
1300 Clay Street, Suite 800
Oakland, CA 94612
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
gyaron@yaronlaw.com

PAMELA A. McKAY, ESQ. (NV State Bar #7812)
**McKAY LAW FIRM, Chtd.**
9320 Sun City Blvd., Suite 104
Las Vegas, NV 89134
Telephone: (702) 835-6956
Facsimile: (702) 835-6957
pmckay@mckaylawfirmchtd.com

Attorneys for Defendant FINANCIAL PACIFIC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, | CASE NO. 2:19-cv-01034-JCM- DJA<br><br>**ORDER EXTENDING TIME FOR DEFENDANT FINANCIAL PACIFIC INSURANCE COMPANY TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

EXTENSION OF TIME                -1-

| | |
|---|---|
| 1 | an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, |
| 7 | Defendants. |

Defendant Financial Pacific Insurance Company ("Financial Pacific"), by and through its counsel, George D. Yaron, Esq. of the law firm of Yaron & Associates and Pamela A. McKay of McKay Law Firm, Chtd.; and Centex Homes ("Plaintiff"), by and through their counsel, Scott S. Thomas and Sarah J. Odia of the law firm of Payne & Fears, LLP, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer Plaintiff's Complaint (the "Stipulation"). This Stipulation is being made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court. This is Financial Pacific's first request for an extension of time to file an Answer to Plaintiff's Complaint.

Financial Pacific was served with Plaintiff's Complaint on July 30, 2019. The instant extension is requested as Financial Pacific's counsel requires additional time to prepare an Answer to Plaintiff's Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including September 6, 2019 for Financial Pacific to file an Answer to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

EXTENSION OF TIME -2-

DATED this _20th_ day of August, 2019.

| | |
|---|---|
| FINANCIAL PACIFIC<br>INSURANCE COMPANY<br><br>By: _/s/ George D. Yaron_<br>GEORGE D. YARON<br>Yaron & Associates<br>1300 Clay Street, Suite 800<br>Oakland, CA 94612<br><br>-AND-<br><br>PAMELA MCKAY<br>McKay Law Firm, Chtd.<br>9320 Sun City Blvd., Suite 104<br>Las Vegas, Nevada 89134<br><br>Attorneys for Defendant | CENTEX HOMES<br><br>By: _/s/ Sarah J. Odia_<br>SCOTT S. THOMAS<br>SARAH J. ODIA<br>Payne & Fears, LLP<br>6345 S. Rainbow Blvd., Suite 220<br>Las Vegas, NV 89118<br><br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2019.

EXTENSION OF TIME             -3-