Kevin E. Helm, Esq.
Nevada Bar No. 003432
HELM & ASSOCIATES
2300 Paseo Del Prado, Suite C103
Las Vegas, Nevada 89102
Telephone: (702) 258-0022
Facsimile: (702) 258-0114
Email: kevinh@helmandassociates.net
Attorneys for Lexington Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | Case No.: 2:19-cv-01034-JCM-DJA<br><br>**STIPULATION & ORDER TO ALLOW LEXINGTON INSURANCE COMPANY AN ADDITIONAL THIRTY (30) DAYS TO FILE ITS ANSWER** |

STIPULATION & ORDER TO ALLOW LEXINGTON INSURANCE COMPANY AN ADDITIONAL THIRTY (30) DAYS TO FILE ITS ANSWER - Page 1

# STIPULATION & ORDER TO ALLOW LEXINGTON INSURANCE COMPANY AN ADDITIONAL THIRTY (30) DAYS TO FILE ITS ANSWER

IT IS HEREBY STIPULATED by and between CENTEX HOMES and LEXINGTON INSURANCE COMPANY that LEXINGTON INSURANCE COMPANY shall have an additional thirty (30) days within which to file its Answer to Plaintiff's Complaint herein. The new deadline for LEXINGTON INSURANCE COMPANY's Answer shall be **September 27, 2019**.

Dated this 27th day of August, 2019

PAYNE & FEARS LLP

/s/ *Sarah J. Odia*

Scott S. Thomas (NBN 007937)
sst@paynefears.com
Sarah J. Odia (NBN 011053)
sjo@paynefears.com
6385 S. Rainbow Blvd. Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
Attorneys for Centex Homes

Dated this 27th day of August, 2019

HELM & ASSOCIATES

/s/ *Kevin E. Helm*

Kevin E. Helm, Esq. (NBN 003432)
2330 Paseo Del Prado, Suite C103
Las Vegas, Nevada 89102
Telephone: (702) 258-0022
Facsimile: (702) 258-0114
Email: kevinh@helmandassociates.net

Attorneys for Lexington Insurance Company

IT IS SO ORDERED:

Dated: August 28, 2019

_____
UNITED STATES MAGISTRATE JUDGE