ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Scottsdale Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | CASE NO. 2:19-cv-01034-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ANSWER OF SCOTTSDALE INSURANCE COMPANY** |

4826-8456-5410.1

The parties, by and through their undersigned counsel of record, agree that the time for Defendant Scottsdale Insurance Company ("Scottsdale"), incorrectly sued and served as Scottsdale Indemnity Company, to file an Answer to Plaintiff's Complaint be extended until September 11, 2019.

**Reasons for Extension**

Scottsdale requires a brief extension to complete their review of the averments contained in the Complaint and prepare its response. This brief extension will not prejudice any party or cause undue delay. This stipulation is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendant Scottsdale's Answer to Plaintiff's Complaint.

Dated this 28th day of August, 2019.     Dated this 28th day of August, 2019.

 */s/ Priscilla L. O'Briant*     */s/ Sarah J. Odia*

| ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 3062<br>PRISCILLA L. O'BRIANT, ESQ.<br>Nevada Bar No. 10171<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Scottsdale* | SCOTT S. THOMAS, ESQ.<br>Nevada Bar No. 7937<br>SARAH J. ODIA, ESQ.<br>Nevada Bar No. 11053<br>PAYNE & FEARS LLP<br>6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, Nevada 89118<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated this 29th day of August, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge