| | |
|---|---|
| 1<br>2<br>3<br>4 | Kevin C. Barrett, State Bar No. 020104<br>**Barrett & Matura, P.C.**<br>7575 Vegas Drive, Suite 150C<br>Las Vegas, NV 89128<br>Telephone: (702) 833-1033<br>Facsimile: (602) 792-5710<br>kbarrett@barrettmatura.com |
| 5<br>6 | *Attorneys for Defendant*<br>*Navigators Specialty Insurance Company* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Centex Homes, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>Financial Pacific Insurance Company, a California corporation; First Specialty Insurance Corporation, a Missouri corporation, Greenwich Insurance Company, a Connecticut corporation; Interstate Fire & Casualty Company, an Illinois corporation; Lexington Insurance Company, a Delaware corporation; Navigators Specialty Insurance Company, a New York corporation; Scottsdale Indemnity Company, an Ohio corporation; St. Paul Fire & Marine Insurance Company, a Nebraska corporation; Ironshore Specialty Insurance Company, an Arizona corporation; and Zurich American Insurance Company, a New York corporation,<br><br>Defendants. | | Case No. 2:19-cv-01034-JCM-DJA<br><br>**JOINT MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT NAVIGATORS SPECIALTY INSURANCE COMPANY TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Navigators Specialty Insurance Company ("Navigators") and Plaintiff Centex Homes ("Centex"), by and through their respective counsel, and pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court, hereby submit this Joint Motion and Request for an Order extending the time for Navigators to respond to the Complaint filed by Centex.

Navigators was served with the Complaint on July 30, 2019.  The instant extension is requested as Navigators' counsel requires additional time to prepare an Answer to the Complaint.  Upon agreement by and between these parties, the undersigned respectfully request this Court grant an extension of time, up to and including September 16, 2019 for Navigators to file an Answer.  By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

This is Navigators' first request for an extension of time to prepare an Answer to Plaintiff's Complaint.

DATED this 28th day of August, 2019.

BARRETT | MATURA

By: /s/ *Kevin C. Barrett*
    Kevin C. Barrett
    Attorneys for Defendant Navigators
    Specialty Insurance Company

PAYNE & FEARS, LLP

By: /s/ *Sarah J. Odia (w/ permission)*
    Scott S. Thomas
    Sarah J. Odia
    Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

Dated: August 30, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Scott S. Thomas
Sarah J. Odia
Payne & Fears, LLP
6345 S. Rainbow Blvd., Suite 220
Las Vegas, NV 89118
Telephone (702) 851-0300
Facsimile (702) 851-0315
Attorneys for Plaintiff

George D. Yaron
Yaron & Associates
1300 Clay Street, Suite 800
Oakland, CA 94612
Telephone: (415) 658-2929
Facsimile (415) 658-2930
gyaron@yaronlaw.com

-and-

Pamela McKay
McKay Law Firm, Chtd.
9320 Sun City Blvd., Suite 104
Las Vegas, NV 89234
Telephone: (702) 835-7956
Facsimile: (702) 835-6957
Attorneys for Defendant
Financial Pacific Insurance Company

Laleaque Grad
GRAD LAW FIRM
8275 South Eastern Ave.,
Suite 200-352
Las Vegas, NV 89123
702-990-8387
702-990-8681 (fax)
Attorneys for Defendant
First Specialty Insurance Corporation

/s/ Anita Terry
Anita Terry