Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*Greenwich Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY; a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY; a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | CASE NO.: 2:19-cv-01034-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant, GREENWICH INSURANCE COMPANY (hereinafter referred to as "Greenwich") by and through its attorneys of record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, CENTEX HOMES (hereinafter referred to as "Plaintiff"), by and through its counsel of record, PAYNE & FEARS LLP, hereby stipulate and agree to extend the deadline for Greenwich to file an Answer to Plaintiff's Complaint up to and including October 4, 2019.

1514005v.1

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as Plaintiff and Greenwich have agreed to explore potential settlement of Plaintiff's claims against Greenwich and the parties believe their time and resources would be better spent in attempting to reach a settlement agreement.

This is the parties' first request for extension of the deadline.

DATED this 5th day of September, 2019.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant Greenwich Insurance Company*

DATED this 5th day of September, 2019.

**PAYNE & FEARS LLP**

*/s/ Sarah J. Odia*
Scott S. Thomas, Esq.
Nevada Bar No. 7937
Sarah J. Odia, Esq.
Nevada Bar No. 11053
6385 S. Rainbow Blvd., Suite 220
Las Vegas, NV 89118
*Attorneys for Plaintiff Centex Homes*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 6th day of September, 2019.

Daniel J. Albregts
United States Magistrate Judge

1514005v.1

Page 2 of 2