Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>          Plaintiff,<br><br>     v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>          Defendants. | Case No.: 2:19-cv-01034-JCM-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT NATIONAL FIRE & MARINE INSURANCE COMPANY AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff") and Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY ("Defendant"), through their respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Plaintiff and Defendant shall bear their own attorneys' fees and costs.

| Dated: July 22, 2020 | Dated: July 22, 2020 |
|---|---|
| PAYNE & FEARS LLP | SHIVES & ASSOCIATES LIMITED |
| By:   */s/ Sarah J. Odia*<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd, Suite 220<br>Las Vegas, NV 89118<br>(702) 851-0300 | By:   */s/ Martin L. Shives*<br>Martin L. Shives, Esq.<br>7473 W. Lake Mead Blvd., Ste. 100<br>Las Vegas, NV 89128<br>(702) 562-8188 |
| Attorneys for Plaintiff<br>CENTEX HOMES | Attorney for Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY |

### ORDER

IT IS SO ORDERED that Plaintiff's claims against Defendant National Fire & Marine Insurance Company in the instant matter, Case No. 2:19-cv-01034-JCM-DJA, are dismissed with prejudice. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

DATED: July 27, 2020

_____
UNITED STATES DISTRICT JUDGE