William C. Reeves
State Bar No. 8235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
Email: wreeves@mfrlegal.com

Attorneys for Defendant
St. Paul Fire & Marine Ins. Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, | Case No.: 2:19-cv-01034-JCM-DJA |
| Plaintiffs, | STIPULATION TO EXTEND THE DEADLINE TO OPPOSE MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [DKT. NO. 62] AND ORDER |
| vs. | |
| FINANCIAL PACIFIC INS. CO., et al., | |
| Defendants. | FIRST REQUEST |

Defendants Scottsdale Insurance Company ("Scottsdale") and St. Paul Fire & Marine Insurance Company ("St. Paul") stipulate and agree by and through counsel as follows:

WHEREAS, On July 21, 2020, Scottsdale filed a Motion for Determination of Good Faith Settlement ("Motion") [Dkt. No. 62] such that the deadline to respond to the Motion, absent an extension, is August 4, 2020;

WHEREAS, St. Paul is evaluating whether it will oppose the Motion and has requested additional documentation and information from Scottsdale as well as an extension of the deadline to respond to the Motion;

WHEREAS, Scottsdale is amenable to extending the deadline for St. Paul to file any response to the Motion;

WHEREFORE, Scottsdale and St. Paul (collectively "Parties") stipulate and agree that, subject to the Court's approval, the deadline to respond to the Motion be extended to August 14, 2020.

STIPULATION

1

Case No.: 2:19-cv-01034-JCM-DJA

IT IS SO AGREED.

Dated: July 30, 2020

| LEWIS BRISBOIS BISGAARD & SMITH, LLC | MORALES FIERRO & REEVES |
|---|---|
| By: /s/ Priscilla O'Briant<br>Priscilla O'Briant<br>Attorneys for Scottsdale | By: /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for St. Paul |

ORDER

The Court, having considered the stipulation of the Parties and good cause appearing, orders as follows:

The deadline for St. Paul to Respond Motion for Determination of Good Faith Settlement ("Motion") on July 21, 2020 [Dkt. No. 62] is extended to August 14, 2020.

IT IS SO ORDERED.

Dated: August 3, 2020.

_____
UNITED STATES DISTRICT JUDGE