1  John H. Podesta
   Nevada Bar No. 7487
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  john.podesta@wilsonelser.com
   Tel.:  (415) 433-0990
5  Fax:  (415) 434-1370

6  *Address for Personal Service Only*
   WILSON, ELSER, MOSKOWITZ,
7  EDELMAN & DICKER LLP
   300 South 4th Street, Ste. 1100
8  Las Vegas, NV 89101

9  Attorneys for Defendant,
   IRONSHORE SPECIALTY INSURANCE CO.
10

11                    **UNITED STATES DISTRICT COURT**

12                            **DISTRICT OF NEVADA**

| | |
|---|---|
| 13  CENTEX HOMES, a Nevada general partnership, | CASE NO.  2:19-CV-01034-JCM-CWH |
| 14 | |
| 15              Plaintiffs,<br>        vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY AND ORDER** |
| 16  FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27              Defendants. | |
| 28 | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE.**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Centex Homes ("Plaintiff") and Defendant Ironshore Specialty Insurance Company ("Defendant"), by and through their respective attorneys of record, stipulate that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice, each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED:

Date: August 24, 2020            PAYNE & FEARS LLP

By: */s/ Sarah Odia*
Sarah Odia
**Attorney for Plaintiff CENTEX HOMES**

Date: August 24, 2020            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: [signature]
John H. Podesta
**Attorney for Defendant
IRONSHORE SPECIALTY INSURANCE COMPANY**

### ORDER.

IT IS SO ORDERED that Plaintiff Centex Homes' claims against Defendant Ironshore Specialty Insurance Company in the instant matter, Case no. 2:19-CV-01034-JCM-CWH, are dismissed with prejudice, each party to bear its own fees and costs.

Date: August 24, 2020

_____
Honorable James C. Mahan
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on August 24, 2020, I served a true and correct copy of the foregoing as follows:

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY AND [PROPOSED] ORDER**

☐ : by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in San Francisco, California;

☒ : via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐ : via hand-delivery to the addressees listed below

☐ : via facsimile;

☐ : by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

By: /s/ Marilee Barlow
Marilee Barlow

## SERVICE LIST

| | |
|---|---|
| Sarah Odia<br>Scott Thomas<br>Payne & Fears, LLP<br>6385 S. Rainbow Blvd., Ste. 220<br>Las Vegas, NV 89118<br>T:  702-851-0300<br>F:  702-851-0315<br>E:  sjo@paynefears.com<br>E:  sst@paynefears.com<br>***Attorneys for Plaintiff***<br>***Centex Homes*** | Chad Butterfield<br>Wilson Elser Moskowitz Edelman & Dicker<br>300 South Fourth St., 11th Floor<br>Las Vegas NV 89101<br>T:  702-727-1400<br>F:  702-727-1401<br>E:  chad.butterfield@wilsonelser.com<br>***Attorney for Defendant***<br>***Greenwich Insurance Company*** |
| George Yaron<br>Yaron & Associates<br>1300 Clay Street, Ste. 800<br>Oakland CA 94612<br>T:  415-658-2929<br>F:  415-658-2930<br>E:  gyaron@yaronlaw.com<br><br>Pamela McKay<br>McKay Law Firm, CHTD<br>9320 Sun City Blvd., Ste. 104<br>Las Vegas NV 89134<br>E:  pmckay@mckaylawfinnchtd.com<br>***Attorneys For Defendant***<br>***Financial Pacific Insurance Company*** | Jeffrey Labovitch<br>Nicolaides Fink Thorpe Michaelides Sullivan<br>4365 Executive Drive, Ste. 950<br>San Diego CA 92121<br>T:  858-257-0703<br>F:  858-257-0701<br>E:  jlabovitch@nicolaidesllp.com<br><br>Kevin Helm<br>Helm & Associates<br>2330 Paseo Del Prado, Ste. C103<br>Las Vegas, NV 89102<br>T:  702-258-0022<br>F:  702-258-0014<br>E:  kevinh@helmandassociates.net<br>***Attorneys for Defendant***<br>***Lexington Insurance Company*** |
| Kevin Barrett<br>Barrett & Matura PC<br>7575 Vegas Drive, Ste. 150C<br>Las Vegas NV 89128<br>T:  702-833-1033<br>F:  702-792-5710<br>E:  kbarrett@barrettmatura.com<br>***Attorney for Defendant***<br>***Navigators Specialty Insurance Company*** | Ramiro Morales<br>William Reeves<br>Morales Fierro & Reeves<br>600 S. Tonopah Drive, Ste. 300<br>Las Vegas NV 89106<br>T:  702-699-7822<br>F:  702-699-9455<br>E; rmorales@mfrlegal.com<br>E:  wreeves@mfrlegal.com<br>***Attorneys for Defendants***<br>***St. Paul Fire & Marine Insurance Company***<br>***Zurich American Insurance Company*** |
| Robert Freeman, Jr.<br>Priscilla O'Briant<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>T:  702-893-3383<br>F:  702-893-3789<br>E:  Robert.freeman@lewisbrisbois.com<br>E:  Priscilla.obriant@lewisbrisbois.com<br>***Attorneys for Defendant***<br>***Scottsdale Indemnity Company*** | Martin Shives<br>Shives & Associates, Limited<br>7473 W. Lake Mead Blvd., Ste. 100<br>Las Vegas NV 89128<br>T:  702-562-8188<br>F:  702-947-4696<br>E:  martinshives@summers-shives.com<br>***Attorney for Defendant***<br>***National Fire & Marine Insurance Company*** |