Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
Hilary Williams, NV Bar No. 14645
haw@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, <br><br> Plaintiff, <br><br> v. <br><br> FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, <br><br> Defendants. | Case No.: 2:19-cv-01034-JCM-DJA <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(Second Request)** |

Plaintiff Centex Homes ("Centex") and Defendants Financial Pacific Insurance Company ("Financial Pacific"), First Specialty Insurance Corporation ("First Specialty"), Greenwich Insurance Company ("Greenwich"), Interstate Fire & Casualty Company ("Interstate"), Lexington Insurance Company ("Lexington"), Navigators Specialty Insurance Company ("Navigators"), Scottsdale Indemnity Company ("Scottsdale"), St. Paul Fire & Marine Insurance Company ("St. Paul"), Ironshore Specialty Insurance Company ("Ironshore"), and Zurich American Insurance Company ("Zurich" and together with Financial Pacific, First Specialty, Greenwich, Interstate, Lexington, Navigators, Scottsdale, St. Paul, and Ironshore, the "Defendants"),[1] by and through their respective counsel of record, hereby stipulate to extend certain deadlines within the Order entered by this Court on July 27, 2020 by sixty (60) days pursuant to LR 26-4. (ECF No. 68). This is the second stipulation to extend discovery deadlines.

Centex and Defendants (together, the "Parties") require additional time for discovery because they have made significant progress towards settlement since their last extension request on July 24, 2020. The Parties want to continue to try to resolve the case informally without incurring expert costs. To date, Centex has settled with over half of the Defendants (namely, National Fire & Marine Insurance Company, Interstate, Greenwich, Ironshore, Zurich, Scottsdale, First Specialty and Lexington) and is working to finalize those settlement agreements. In addition, Centex has had meaningful settlement negotiations with the remaining defendants. The Parties' expert reports are due on October 15, 2020; however, the Parties do not want to expend resources that could be used for settlement on preparing expert reports in light of the progress they have made with regard to settlement negotiations.

Good cause exists for the requested extension. The Parties have been diligent both in performing discovery and in their settlement efforts. The Parties seek an extension to avoid expending the significant costs associated with expert reports while the parties continue to try to settle this case. This Stipulation is submitted more than twenty-one (21) days before the expiration of the first deadline that parties stipulate to continue: The expert disclosure deadline, which is

---

[1] National Fire & Marine Insurance Company and Interstate Fire & Casualty Company were both dismissed from the case. (ECF No. 67 and No. 74 respectively)

currently October 15, 2020.

**1.  Discovery That Has Been Completed**

The Parties have completed the following discovery:

- National Fire served its initial disclosures on October 29, 2019;
- Centex, Financial Pacific, First Specialty, and Lexington served initial disclosures on October 30, 2019;
- St. Paul served requests for production on Centex dated October 30, 2019;
- St. Paul served its initial disclosures on October 31, 2019;
- Greenwich served its initial disclosures on November 8, 2019;
- Ironshore served its initial disclosures on November 14, 2019;
- Centex served its responses to St. Paul's requests for production on January 15, 2020;
- Navigators provided its initial disclosures on February 18, 2020;
- Centex served requests for admission, requests for production and interrogatories on Financial Pacific, First Specialty, National Fire, and Navigators on March 3, 2020;
- Centex served Lexington with requests for admission, requests for production, and interrogatories on March 4, 2020;
- Centex served requests for admission, requests for production and interrogatories on Greenwich and St. Paul on March 6, 2020;
- Centex served requests for admission, requests for production and interrogatories on Ironshore on March 11, 2020;
- Centex served requests for production on Scottsdale and requests for admission, requests for production and interrogatories on Zurich on March 25, 2020;
- First Specialty responded to Centex's requests for admission, requests for production and interrogatories on April 1, 2020;
- St. Paul and Greenwich responded to Centex's requests for admission, requests for production and interrogatories to each of them on April 7, 2020;
- Zurich served its initial disclosures on April 22, 2020;
- Centex served its first supplemental disclosures on April 23, 2020;

- Financial Pacific responded to Centex's requests for admission, requests for production and interrogatories on May 4, 2020;
- Navigators supplemented its initial disclosures on May 12, 2020;
- Centex served a second set of requests for production on Navigators on May 12, 2020;
- Financial Pacific served requests for admission, requests for production and interrogatories on Centex on May 28, 2020;
- Ironshore served requests for admission, requests for production and interrogatories on Centex on May 29, 2020;
- Navigators responded to Centex's second set of requests for production on June 9, 2020;
- Zurich responded to Centex's requests for admission, requests for production and interrogatories on June 16, 2020;
- Centex responded to Financial Pacific's requests for admission, requests for production and interrogatories on June 29, 2020;
- Centex served its second supplemental disclosure on June 29, 2020;
- Navigators served requests for admission, requests for production and interrogatories on Centex on July 13, 2020;
- Navigators responded to Centex's requests for admission and requests for production on July 13, 2020;
- Zurich produced additional documents on July 23, 2020;
- Scottsdale made its initial disclosures on July 29, 2020; and
- Centex served Financial Pacific and First Specialty with a second set of requests for production on August 10, 2020.

2. **Discovery That Remains to be Completed**

If the case is not resolved, the Parties must complete the following discovery:

- The Parties will disclose expert witnesses and produce expert reports and possibly rebuttal reports to any expert report produced by other parties;
- Defendants will serve written discovery and follow-up written discovery, including

Interrogatories, Requests for Production and Requests for Admissions on Centex and one another;

- Defendants will take the depositions of Rule 30(b)(6) witnesses, other percipient witnesses, and expert witnesses of Centex and each other;
- The Parties will respond to the outstanding written discovery requests and issue any appropriate further written discovery;
- Centex will take the depositions of the Rule 30(b)(6) witnesses for all Defendants;
- Centex will take the depositions of any and all claim adjusters identified by any of the Defendants; and
- Centex will take the depositions of experts disclosed by the Defendants.

3.  **Reasons Why Remaining Discovery Was Not Completed**

Discovery has not been completed because the Parties have been trying to resolve the case. The Parties have made substantial progress towards resolving the case after completing mediation and since the last discovery extension. The Parties' time, attention, and resources would be better spent focusing on settlement rather than incurring additional expert costs that may delay resolution.

4.  **Proposed Schedule for Completing All Remaining Discovery**

The Parties hereby stipulate to the following schedule for completing all remaining discovery:

**Discovery Cut-Off Date**.

The amended discovery cut-off date is **February 12, 2021**.

**Fed. R. Civ. P. 26(a)(2) Disclosure (Experts)**.

Disclosures identifying experts and final expert reports shall be made by **December 14, 2020**. This is 60 days before the discovery cut-off date. Rebuttal expert disclosures shall be made by **January 13, 2021,** which is 30 days from the initial disclosure of experts.

**Dispositive Motions**.

The parties shall have until **March 15, 2021** to file dispositive motions, which is the next business day after 30 days from the close of discovery.

**Joint Pretrial Order**.

The Joint Pretrial Order shall be filed no later than **April 14, 2021**, which is thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

| | |
|---|---|
| Dated: September 24, 2020<br><br>PAYNE & FEARS LLP<br><br>By:  */s/ Sarah J. Odia*<br>    Scott S. Thomas, Esq.<br>    Sarah J. Odia, Esq.<br>    6385 S. Rainbow Blvd., Suite 220<br>    Las Vegas, NV 89118<br>    Telephone: (702) 851-0300<br><br>Attorneys for Plaintiff CENTEX HOMES | Dated: September 24, 2020<br><br>BARRETT & MATURA, P.C.<br><br>By:  */s/ Kevin C. Barrett*<br>    Kevin C. Barrett, Esq.<br>    7575 Vegas Drive, Suite 150C<br>    Las Vegas, NV 89128<br>    Telephone: (702) 833-1033<br><br>Attorney for Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY |
| Dated: September 24, 2020<br><br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br><br>By:  */s/ Chad Butterfield*<br>    Chad Butterfield, Esq.<br>    300 South Fourth Street, 11th Floor<br>    Las Vegas, NV 89101<br>    Telephone: (702) 727-1400<br><br>Attorney for Defendant GREENWICH INSURANCE COMPANY | Dated: September 24, 2020<br><br>YARON & ASSOCIATES<br><br>By:  */s/ George Yaron*<br>    George Yaron, Esq.<br>    1300 Clay Street, Suite 800<br>    Oakland, CA 94612<br>    Telephone: (415) 658-2929<br><br>Attorney for Defendant FINANCIAL PACIFIC INSURANCE COMPANY |
| Dated: September 24, 2020<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>By:  */s/ Priscilla L. O'Briant*<br>    Robert Freeman, Jr., Esq.<br>    Priscilla Louise O'Briant, Esq.<br>    6385 S. Rainbow Blvd., Suite 600<br>    Las Vegas, NV 89118<br>    Telephone: (702) 893-3383<br><br>Attorneys for Defendant SCOTTSDALE INDEMNITY GROUP | Dated: September 24, 2020<br><br>GRAD LAW FIRM<br><br>By:  */s/ Laleaque Grad*<br>    Laleaque Grad, Esq.<br>    8275 S. Eastern Avenue, Suite 200-352<br>    Las Vegas, NV 89123<br>    Telephone: (702) 990-8387<br><br>Attorney for Defendant FIRST SPECIALTY INSURANCE CORPORATION |

(Signatures continued on the next page)

| | |
|---|---|
| Dated: September 24, 2020<br><br>MORALES, FIERRO & REEVES<br><br>By:    /s/ William C. Reeves<br>      William C. Reeves, Esq.<br>      600 S. Tonopah Drive, Suite 300<br>      Las Vegas, NV 89106<br>      Telephone: (702) 699-7822<br><br>Attorney for Defendant ST. PAUL FIRE & MARINE INSURANCE COMPANY | Dated: September 24, 2020<br><br>NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN, LLP<br><br>By:    /s/ Jeff Labovitch<br>      Jeff Labovitch, Esq.<br>      4365 Executive Drive, Suite 950<br>      San Diego, CA 92121<br>      Telephone: (858) 257-0700<br><br>Attorney for Defendant LEXINGTON INSURANCE COMPANY |
| Dated: September 24, 2020<br><br>MORALES, FIERRO & REEVES<br><br>By:    /s/ Ramiro Morales<br>      Ramiro Morales, Esq.<br>      600 S. Tonopah Drive, Suite 300<br>      Las Vegas, NV 89106<br>      Telephone: (702) 699-7822<br><br>Attorney for Defendant ZURICH AMERICAN INSURANCE COMPANY | |

**ORDER**

IT IS SO ORDERED.

DATED:   September 25, 2020

_____
UNITED STATES MAGISTRATE JUDGE