Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>   v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>        Defendants. | Case No.: 2:19-cv-01034-JCM-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT GREENWICH INSURANCE COMPANY AND [ ] ORDER** |

-1-  Case No. 2:19-cv-01034-JCM-DJA
STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT
GREENWICH INSURANCE COMPANY AND [ ] ORDER

IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff") and Defendant GREENWICH INSURANCE COMPANY ("Defendant"), through their respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

| Dated: December 7, 2020 | Dated: December 7, 2020 |
|---|---|
| PAYNE & FEARS LLP | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| By: */s/ Sarah J. Odia*<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, NV 89118<br>(702) 851-0300 | By: */s/ Chad C. Butterfield*<br>Chad C. Butterfield, Esq.<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>(702) 727-1400 |
| Attorneys for Plaintiff<br>CENTEX HOMES | Attorneys for Defendant GREENWICH INSURANCE COMPANY |

**ORDER**

IT IS SO ORDERED that Plaintiff's claims against Defendant Greenwich Insurance Company in the instant matter, Case No. 2:19-cv-01034-JCM-DJA, are dismissed with prejudice. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

DATED: December 9, 2020

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE