1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   PRISCILLA L. O'BRIANT
3  Nevada Bar No. 010171
   Priscilla.OBriant@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendants*
7  *Scottsdale Indemnity Company*

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

11

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | CASE NO. 2:19-cv-01034-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST SCOTTSDALE INSURANCE COMPANY** |
| vs. | |
| FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, | |
| Defendants. | |

4838-9090-8884.1

Plaintiff CENTEX HOMES ("Centex") and Defendant SCOTTSDALE INSURANCE COMPANY ("Scottsdale") (erroneously sued and served herein as Scottsdale Indemnity Company), by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above entitled action by Centex against Scottsdale shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

| Dated this 10th day of December, 2020. | Dated this 10th day of December, 2020. |
|---|---|
| /s/ Priscilla L. O'Briant | /s/ Sarah J. Odia |
| ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 3062<br>PRISCILLA L. O'BRIANT, ESQ.<br>Nevada Bar No. 10171<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Scottsdale* | SCOTT S. THOMAS, ESQ.<br>Nevada Bar No. 7937<br>SARAH J. ODIA, ESQ.<br>Nevada Bar No. 11053<br>PAYNE & FEARS LLP<br>6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, Nevada 89118<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated December 14, 2020.

_____
U.S. DISTRICT COURT JUDGE

4838-9090-8884.1            2

**Archived:** Thursday, December 10, 2020 8:57:16 AM
**From:** O'Briant, Priscilla
**Sent:** Wednesday, December 9, 2020 8:04:38 PM
**To:** Cordell, Anne
**Subject:** FW: Centex - Carlan/Maples -- Scottsdale Insurance Company
**Response requested:** No
**Sensitivity:** Normal

---

Please proceed with filing.  Sorry if I missed it.

**Priscilla L. O'Briant**
**Partner**
Las Vegas Rainbow
702.693.4388 or x7024388

**From:** Sarah J. Odia <sjo@paynefears.com>
**Sent:** Tuesday, December 8, 2020 7:49 PM
**To:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Cc:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>; Tiffani Engstrom <TENGSTROM@paynefears.com>
**Subject:** [EXT] RE: Centex - Carlan/Maples -- Scottsdale Insurance Company


No problem. This looks good. You can file it. Thanks.

**Sarah J. Odia**
Partner



PAYNE & FEARS LLP • 6385 South Rainbow Boulevard, Suite 220, Las Vegas, NV 89118
Direct 702.851.0303 • Main 702.851.0300 • Fax 702.851.0315
www.paynefears.com • email: sjo@paynefears.com

**From:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Sent:** Tuesday, December 8, 2020 4:17 PM
**To:** Sarah J. Odia <sjo@paynefears.com>
**Cc:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>; Tiffani Engstrom <TENGSTROM@paynefears.com>
**Subject:** RE: Centex - Carlan/Maples -- Scottsdale Insurance Company

Yes, it's exactly that kind of afternoon!  See attached.

**Priscilla L. O'Briant**
**Partner**



Priscilla.Obriant@lewisbrisbois.com

**T: 702.693.4388  F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118   |   **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Sarah J. Odia <sjo@paynefears.com>
**Sent:** Tuesday, December 8, 2020 3:36 PM
**To:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Cc:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>; Tiffani Engstrom <TENGSTROM@paynefears.com>
**Subject:** [EXT] RE: Centex - Carlan/Maples -- Scottsdale Insurance Company


Hi Priscilla,

We did receive it. Can you send me the stipulation? It wasn't attached to your email.

**Sarah J. Odia**
Partner



PAYNE & FEARS  LLP  •  6385 South Rainbow Boulevard, Suite 220, Las Vegas, NV 89118
Direct 702.851.0303  •  Main 702.851.0300  •  Fax 702.851.0315
www.paynefears.com   •   email: sjo@paynefears.com


**From:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Sent:** Tuesday, December 8, 2020 2:58 PM
**To:** Sarah J. Odia <sjo@paynefears.com>
**Cc:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>; Tiffani Engstrom <TENGSTROM@paynefears.com>
**Subject:** RE: Centex - Carlan/Maples -- Scottsdale Insurance Company

Sara – we send the settlement check overnight for delivery on October 21, 2020 to the address noted below.  We were waiting for delivery confirmation to send the proposed SAO but did not receive.  However, since we have not heard from you, I believe it was likely received.  If not, please let me know.

If it was, please provide your authorization to file the attached stipulation and order with your electronic signature.  Thank you.

Payne & Fears
Jamboree Center
4 Park Plaza, Suite 1100

Irvine, CA 92614
Attn: Scott S. Thomas
Phone: (949) 851-1100



**Priscilla L. O'Briant**
Partner
Priscilla.Obriant@lewisbrisbois.com

**T: 702.693.4388  F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118   |   **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Sarah J. Odia <sjo@paynefears.com>
**Sent:** Monday, October 19, 2020 1:36 PM
**To:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Cc:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>; Tiffani Engstrom <TENGSTROM@paynefears.com>
**Subject:** [EXT] RE: Centex - Carlan/Maples -- Scottsdale Insurance Company

Yes. The information you have is correct. Thank you.

**Sarah J. Odia**
Partner



PAYNE & FEARS LLP • 6385 South Rainbow Boulevard, Suite 220, Las Vegas, NV 89118
Direct 702.851.0303 • Main 702.851.0300 • Fax 702.851.0315
www.paynefears.com • email: sjo@paynefears.com

**From:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Sent:** Monday, October 19, 2020 1:32 PM
**To:** Sarah J. Odia <sjo@paynefears.com>
**Cc:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>; Tiffani Engstrom <TENGSTROM@paynefears.com>
**Subject:** RE: Centex - Carlan/Maples -- Scottsdale Insurance Company

Sarah – please confirm the information below is correct to send the check. Additionally, can you let me know when it is received and I'll provide the stipulation for dismissal. Thank you.

Payne & Fears
Jamboree Center
4 Park Plaza, Suite 1100
Irvine, CA 92614
Attn: Scott S. Thomas

---

**From:** Sarah J. Odia <sjo@paynefears.com>
**Sent:** Monday, October 19, 2020 1:05 PM
**To:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Cc:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>; Tiffani Engstrom <TENGSTROM@paynefears.com>
**Subject:** [EXT] RE: Centex - Carlan/Maples -- Scottsdale Insurance Company


Priscilla,

Centex's signature to the settlement agreement is attached.

**Sarah J. Odia**
Partner



PAYNE & FEARS LLP • 6385 South Rainbow Boulevard, Suite 220, Las Vegas, NV 89118
Direct 702.851.0303 • Main 702.851.0300 • Fax 702.851.0315
www.paynefears.com • email: sjo@paynefears.com

---

**From:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Sent:** Friday, October 9, 2020 8:56 AM
**To:** Sarah J. Odia <sjo@paynefears.com>
**Cc:** Hilary A. Williams <HAW@paynefears.com>; Erica Bennett-Mendoza <ebennettmendoza@paynefears.com>; Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>
**Subject:** RE: Centex - Carlan/Maples -- Scottsdale Insurance Company

Thank you.

---

**From:** Sarah J. Odia <sjo@paynefears.com>
**Sent:** Thursday, October 8, 2020 7:17 PM
**To:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Cc:** Hilary A. Williams <HAW@paynefears.com>; Erica Bennett-Mendoza <ebennettmendoza@paynefears.com>; Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>
**Subject:** [EXT] RE: Centex - Carlan/Maples -- Scottsdale Insurance Company


Hi Priscilla,

These changes are fine. I'll accept them and send this to Centex for signature.

**Sarah J. Odia**

Partner



PAYNE & FEARS LLP • 6385 South Rainbow Boulevard, Suite 220, Las Vegas, NV 89118
Direct 702.851.0303 • Main 702.851.0300 • Fax 702.851.0315
www.paynefears.com • email: sjo@paynefears.com

---

**From:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Sent:** Wednesday, October 7, 2020 6:32 PM
**To:** Sarah J. Odia <sjo@paynefears.com>
**Cc:** Hilary A. Williams <HAW@paynefears.com>; Erica Bennett-Mendoza <ebennettmendoza@paynefears.com>; Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>
**Subject:** FW: Centex - Carlan/Maples -- Scottsdale Insurance Company

Sarah – the Court granted our motion for good faith settlement.  Attached please find the proposed release with minor redlines.  We are in receipt of the settlement check so once this is finalized can mail to the appropriate address.

---

**From:** O'Briant, Priscilla
**Sent:** Wednesday, July 29, 2020 3:47 PM
**To:** 'Sarah J. Odia' <sjo@paynefears.com>
**Cc:** Hilary A. Williams <haw@paynefears.com>; Erica Bennett-Mendoza <ebennettmendoza@paynefears.com>; Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Cordell, Anne <Anne.Cordell@lewisbrisbois.com>
**Subject:** RE: Centex - Carlan/Maples -- Scottsdale Insurance Company

Sarah – attached hereto please find the release with minor redlines.  Also, my client jumped the gun slightly and sent the settlement check to our office.  Please advise how you would like to address in the release.  Thank you.

---

**From:** Sarah J. Odia [mailto:sjo@paynefears.com]
**Sent:** Tuesday, July 21, 2020 3:41 PM
**To:** O'Briant, Priscilla
**Cc:** Hilary A. Williams; Erica Bennett-Mendoza; Freeman, Kristen; Cordell, Anne
**Subject:** [EXT] RE: Centex - Carlan/Maples -- Scottsdale Insurance Company


Priscilla,

Thank you for the update.

**Sarah J. Odia**
Partner



PAYNE & FEARS LLP • 6385 South Rainbow Boulevard, Suite 220, Las Vegas, NV 89118
Direct 702.851.0303 • Main 702.851.0300 • Fax 702.851.0315
www.paynefears.com • email: sjo@paynefears.com

---

**From:** O'Briant, Priscilla
**Sent:** Tuesday, July 21, 2020 3:40 PM

**To:** Sarah J. Odia
**Cc:** Hilary A. Williams ; Erica Bennett-Mendoza ; Freeman, Kristen ; Cordell, Anne
**Subject:** RE: Centex - Carlan/Maples -- Scottsdale Insurance Company

Sarah, I have reviewed and provided to my client for approval. She is out today, returning tomorrow, and I expect I can have the final release back to you before end of week.

As you have probably seen, we filed the motion for determination of good faith settlement today. If noone opposes, I will file a notice of non-opposition and a proposed order on August 4, 2020.

As the settlement is contingent on this, I don't see how we can proceed with execution and payment until the order is signed

However, I will ensure that the release is approved and my client has all necessary information to issue payment at that time.

Thank you.

**From:** Sarah J. Odia [mailto:sjo@paynefears.com]
**Sent:** Tuesday, July 21, 2020 1:33 PM
**To:** O'Briant, Priscilla
**Cc:** Hilary A. Williams; Erica Bennett-Mendoza
**Subject:** [EXT] RE: Centex - Carlan/Maples -- Scottsdale Insurance Company


Priscilla,

Attached is a draft settlement agreement between Centex and Scottsdale. Please let me know as soon as possible whether you have any changes.

**Sarah J. Odia**
Partner



PAYNE & FEARS LLP • 6385 South Rainbow Boulevard, Suite 220, Las Vegas, NV 89118
Direct 702.851.0303 • Main 702.851.0300 • Fax 702.851.0315
www.paynefears.com • email: sjo@paynefears.com


**From:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Sent:** Tuesday, July 7, 2020 9:50 AM
**To:** Sarah J. Odia <sjo@paynefears.com>
**Cc:** Hilary A. Williams <haw@paynefears.com>
**Subject:** RE: Centex - Carlan/Maples -- Scottsdale Insurance Company

Sarah – the concern is that any of the other insurers could argue that we owe them contribution based on the co-equal duty to defend by all insurers. I am happy to reconsider if you know of any law that says this is not the case. I am pretty sure the Court will grant the motion once my client makes the required showing.



**Priscilla L. O'Briant**
Partner
Priscilla.Obriant@lewisbrisbois.com

T: 702.693.4388  F: 702.893.3789

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Sarah J. Odia [mailto:sjo@paynefears.com]
**Sent:** Tuesday, July 7, 2020 9:29 AM
**To:** O'Briant, Priscilla
**Cc:** Hilary A. Williams
**Subject:** [EXT] RE: Centex - Carlan/Maples -- Scottsdale Insurance Company



Priscilla,

Would you like our office to draft the settlement agreement? I'm not sure whether the court will grant a good faith settlement motion. Don't good faith settlements bar claim by joint tortfeasors only?

**Sarah J. Odia**
Partner



PAYNE & FEARS LLP • 6385 South Rainbow Boulevard, Suite 220, Las Vegas, NV 89118
Direct 702.851.0303 • Main 702.851.0300 • Fax 702.851.0315
www.paynefears.com • email: sjo@paynefears.com

**From:** ed ostermediation.com <ed@ostermediation.com>
**Sent:** Monday, July 6, 2020 6:02 PM
**To:** Sarah J. Odia <sjo@paynefears.com>; Priscilla L. O'Briant Esq. <priscilla.obriant@lewisbrisbois.com>
**Subject:** Centex - Carlan/Maples -- Scottsdale Insurance Company

Priscilla and Sarah,

This will confirm that your clients have agreed to settle this matter for $45,000.  The only condition is that the settlement receive approval from the court by way of a good faith determination or comparable disposition acceptable to the parties.

It has been a pleasure working with both of you on this matter. I very much appreciate the efforts you contributed to this result.

Best regards, Ed



www.ostermediation.com /(949) 235-3600