1  Scott S. Thomas, NV Bar No. 7937
   sst@paynefears.com
2  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
3  PAYNE & FEARS LLP
   6385 S. Rainbow Blvd., Suite 220
4  Las Vegas, Nevada 89118
   Telephone: (702) 851-0300
5  Facsimile: (702) 851-0315

6  Attorneys for CENTEX HOMES

7

8                  **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10

11  CENTEX HOMES, a Nevada general            Case No. 2:19-cv-01034-JCM-DJA
    partnership,
12
                Plaintiff,
13
          v.                                   **STIPULATION FOR DISMISSAL
14                                             WITH PREJUDICE OF DEFENDANT
    FINANCIAL PACIFIC INSURANCE              FINANCIAL PACIFIC INSURANCE
15  COMPANY, a California corporation; FIRST  COMPANY AND              ORDER**
    SPECIALTY INSURANCE
16  CORPORATION, a Missouri corporation
    GREENWICH INSURANCE COMPANY, a
17  Connecticut corporation; INTERSTATE FIRE
    & CASUALTY COMPANY, an Illinois
18  corporation; LEXINGTON INSURANCE
    COMPANY, a Delaware corporation;
19  NAVIGATORS SPECIALTY INSURANCE
    COMPANY, a New York corporation;
20  SCOTTSDALE INDEMNITY COMPANY,
    an Ohio corporation; ST. PAUL FIRE &
21  MARINE INSURANCE COMPANY, a
    Connecticut corporation; NATIONAL FIRE &
22  MARINE INSURANCE COMPANY, a
    Nebraska corporation; IRONSHORE
23  SPECIALTY INSURANCE COMPANY, an
    Arizona corporation; and ZURICH
24  AMERICAN INSURANCE COMPANY, a
    New York corporation,
25
                Defendants.
26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1    IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff")

2  and Defendant FINANCIAL PACIFIC INSURANCE COMPANY ("Defendant"), through their

3  respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed

4  with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

5
| Dated: January 12, 2021 | Dated: January 12, 2021 |
|---|---|
| PAYNE & FEARS LLP | YARON & ASSOCIATES |
| By: */s/ Sarah J. Odia* | By: */s/ George D. Yaron* |
| Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd., Ste. 220<br>Las Vegas, NV 89118<br>(702) 851-0300 | George D. Yaron, Esq.<br>1300 Clay Street, Ste. 800<br>Oakland, CA 94612<br>(415) 658-2929 |
| Attorneys for Plaintiff<br>CENTEX HOMES | Attorneys for Defendant FINANCIAL<br>PACIFIC INSURANCE COMPANY |

### ORDER

16    IT IS SO ORDERED that Plaintiff's claims against Defendant Financial Pacific Insurance

17  Company in the instant matter, Case No. 2:19-cv-01034-JCM-DJA, are dismissed with prejudice.

18  Plaintiff and Defendant shall bear their own attorneys' fees and costs.

20  DATED: January 22, 2021.  _____

22  _____
23  JAMES C. MAHAN
    UNITED STATES DISTRICT COURT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT
FINANCIAL PACIFIC INSURANCE COMPANY AND [PROPOSED] ORDER

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300