1  Scott S. Thomas, NV Bar No. 7937
   sst@paynefears.com
2  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
3  PAYNE & FEARS LLP
   6385 S. Rainbow Blvd., Suite 220
4  Las Vegas, Nevada 89118
   Telephone: (702) 851-0300
5  Facsimile: (702) 851-0315

6  Attorneys for CENTEX HOMES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | Case No. 2:19-cv-01034-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ST. PAUL FIRE & MARINE INSURANCE COMPANY AND [PROPOSED] ORDER** |
| FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff") and Defendant ST. PAUL FIRE & MARINE INSURANCE COMPANY ("Defendant"), through their respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

| Dated: February 3, 2021 | Dated: February 3, 2021 |
|---|---|
| PAYNE & FEARS LLP | MORALES, FIERRO & REEVES |
| By: */s/ Sarah J. Odia*<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd, Suite 220<br>Las Vegas, NV 89118<br>(702) 851-0300 | By: */s/ William C. Reeves*<br>William C. Reeves, Esq.<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, NV 89106<br>(702) 699-7822 |
| Attorneys for Plaintiff CENTEX HOMES | Attorneys for Defendant ST. PAUL FIRE AND MARINE INSURANCE COMPANY |

**ORDER**

IT IS SO ORDERED that Plaintiff's claims against Defendant St. Paul Fire & Marine Insurance Company in the instant matter, Case No. 2:19-cv-01034-JCM-DJA, are dismissed with prejudice. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

DATED: February 8, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE