Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GREENWICH INSURANCE COMPANY, a Connecticut corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | Case No. 2:19-cv-01034-JCM-DJA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY AND          ORDER** |

Plaintiff CENTEX HOMES ("Plaintiff") hereby dismisses, with prejudice, their Complaint

against Defendant INTERSTATE FIRE & CASUALTY COMPANY, in its entirety, with each party to bear its own fees and costs.

DATED: February 3, 2022          PAYNE & FEARS LLP

                                           */s/ Sarah J. Odia*
Scott S. Thomas, Esq.
Sarah J. Odia, Esq.
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
(702) 851-0300

Attorneys for Plaintiff CENTEX HOMES

**ORDER**

IT IS SO ORDERED that Plaintiff's Complaint against Defendant Interstate Fire & Casualty Company in the instant matter, Case No. 2:19-cv-01034-JCM-DJA, is hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED: February 7, 2022          _____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

-2-
Case No. 2:19-cv-01034-JCM-DJA
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF
DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY AND [PROPOSED] ORDER